# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CARL D. JACKSON                                                                                               PLAINTIFF
ADC #98003

v.                                           NO. 5:14-CV-314 JLH/BD

RAY HOBBS, et al.                                                                                         DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, the timely objection, and upon conducting a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Carl D. Jackson's claim that defendants denied him access to his legal materials is DISMISSED, without prejudice.

IT IS SO ORDERED this 2nd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE