**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CARL D. JACKSON
ADC #98003**                                                                                    **PLAINTIFF**

**V.**                                   **CASE NO. 5:14-CV-314 JLH/BD**

**RAY HOBBS, et al.**                                                                    **DEFENDANTS**

**ORDER**

The Defendants have moved for summary judgment on all claims in this lawsuit.

Mr. Jackson now has an opportunity to file a response opposing the motion. To be

considered, the response must be filed within fourteen (14) days of this Order.

In opposing the motion for summary judgment, Mr. Jackson may attach affidavits

that he or others have signed. Because affidavits are sworn statements, they must be

either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn

statements will not be considered in deciding the motion for summary judgment. And to

be considered, an affidavit must be based on the personal knowledge of the person who

signs it.

If Mr. Jackson files a response, he must also file a separate, short statement setting

forth the disputed facts that he believes must be decided at a trial. See Local Rule 56.1,

Rules of the United States District Court for the Eastern District of Arkansas. While Mr.

Jackson is not required to file a response to the Defendants' motion for summary

judgment, if he does not respond, the Court can assume that the facts set out in the

Defendants' Statement of Facts (docket entry #30) are true.

IT IS SO ORDERED, this 2nd day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE