# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CARL D. JACKSON, ADC #98003**                                                                 **PLAINTIFF**

**V.**                         **CASE NO. 5:14-CV-314 JLH/BD**

**RAY HOBBS, et al.**                                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The Defendants' motions for summary judgment (docket entries #28, #38) are GRANTED. Mr. Jackson's claims against Defendants Shipman, Kelly, Morris, and Spears are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. In addition, Mr. Jackson's retaliation claim against Defendants Nelson and Owens are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. Mr. Jackson's remaining claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 14th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE