IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARL D. JACKSON, ADC #98003**                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 5:14-CV-314 JLH/BD**

**RAY HOBBS, et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 14th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE